IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| MERYLENE A. LLAUDERES,          )<br>                                                           )<br>        Plaintiff,                              )<br>                                                           )<br>        v.                                            )<br>                                                           )<br>UNITED STATES also known as   )<br>INTERNAL REVENUE SERVICE,  )<br>                                                           )<br>        Defendant.                          )<br>_____)  | Case No. RDB-14-cv-3745 |

## **MEMORANDUM IN SUPPORT OF THE UNITED STATES'**
## **MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States of America, on behalf of the Internal Revenue Service ("IRS"), moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 on the grounds that there are no genuine issues of material fact and the United States is entitled to judgment as a matter of law.  Plaintiff Merylene A. Llauderes seeks, in relevant part, a refund on her federal income tax liabilities for 2007, alleging that the IRS incorrectly disallowed part of her mortgage interest deduction.  The assessments by the IRS, however, as evidenced by the attached IRS account transcript, are presumed correct, and the burden of producing evidence to rebut that presumption is on the taxpayer.  Llauderes has not presented any proof contesting the correctness of these assessments, and the Court should, accordingly, grant summary judgment in the United States' favor and dismiss her complaint with prejudice.

### **STATEMENT OF UNDISPUTED MATERIAL FACTS**

1.  The parties have stipulated that the sole remaining issue in this suit is with regards to Llauderes's 2007 income taxes and whether she is entitled to increase her mortgage interest deduction from $14,874.00 to $26,825.00.  (ECF doc. 25 ¶ 3.)

2. Llauderes originally claimed $14,874.0.0 in mortgage interest on her income tax return for 2007 (or 55.4 percent of the $26,825 she now claims). (Ex. A – Form 1040 for 2007; *see also* ECF doc. 1 Exs. to Compl.)

3. The IRS accepted this $14,874.00 claim, which ultimately resulted in a total assessed tax liability of $18,958.00 (excluding penalties and interest) on $100,206.00 of taxable income. (Exs. B – 02/21/2012 Form 4549, C – Account Transcript for 2007; *see also* ECF doc. 1 Exs. to Compl.)

4. IRS account transcripts reflect that Llauderes's income tax liability for 2007 is zero as of May 18, 2015. (*See* Ex. C – Account Transcript for 2007.)

## ARGUMENT

"It is a well established principle that in every . . . suit for refund, the assessment of the [IRS] is presumed to be correct," and the burden of producing evidence to rebut that presumption is on the taxpayer. *Compton v. United States*, 334 F.2d 212, 216 (4th Cir. 1964); *see also Helvering v. Taylor*, 293 U.S. 507 (1935). Consequently, when the United States introduces proof of assessments in support of a motion for summary judgment, the taxpayer can avoid summary judgment only by presenting evidence that the assessments are incorrect. *See, e.g., United States v. Byock*, 130 F. App'x 594, 595 (3rd Cir. 2005); *United States v. Crews*, No. 3:13-CV-3187-TLW-TER, 2015 WL 6468183, at *3 (D.S.C. Aug. 20, 2015), *report and recommendation adopted*, No. 3:13-CV-03187-JMC, 2015 WL 5781651 (D.S.C. Sept. 29, 2015); *cf. Johnson v. United States*, 734 F.3d 352, 358 (4th Cir. 2013). The United States has submitted an IRS account transcript that shows that Llauderes's income tax liability for 2007 is zero as of May 18, 2015 based on total assessments that ultimately accepted her claim for $14,874.00 in mortgage interest. Llauderes has not presented any proof contesting the ultimate accuracy of

these assessments and showing that she should be issued a refund.  Accordingly, Llauderes fails to overcome the presumption of correctness of the IRS's determination that she was entitled to only $14,874.00 in mortgage interest.

The Court should therefore grant summary judgment in the United States' favor and dismiss Llauderes's complaint with prejudice.

Date: May 18, 2016

                                        ROD J. ROSENSTEIN
United States Attorney

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ Stephen S. Ho*
STEPHEN S. HO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-616-8994 (v)
202-514-6866 (f)
Stephen.S.Ho@usdoj.gov
*Counsel for Defendant*